JAY CLAYTON
United States Attorney for the
Southern District of New York
By: DANA WALSH KUMAR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2741
Facsimile:  (212) 637-2786
E-mail: dana.walsh.kumar@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | APPLICATION FOR AN |
| | : | *EX PARTE* ORDER PURSUANT |
| LETTER ROGATORY FOR | : | TO 28 U.S.C. § 1782(a) |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE TRIBUNAL | : | M 93 |
| CANTONAL, LAUSANNE, | : | |
| SWITZERLAND, | : | Case No. 26-mc-250 |
| IN THE MATTER OF ASPASIA ZAMIS | : | |
| v. ELISE GOULANDRIS FOUNDATION | : | |

-------------------------------------------------------x

Upon the accompanying declaration of Dana Walsh Kumar, executed on May 27, 2026, the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Dana Walsh Kumar, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter rogatory for International Judicial Assistance from the Tribunal Cantonal, Lausanne, Switzerland, seeking information from Sotheby's International, in New York, New York, in connection with a proceeding pending in that court captioned "Aspasia Zaimis v. Elise Goulandris Foundation."

Dated:      New York, New York
            May 27, 2026

                                    Respectfully submitted,

                                    JAY CLAYTON
                                    United States Attorney for the
                                    Southern District of New York


                        By:    /s/ *Dana Walsh Kumar*
                               DANA WALSH KUMAR
                               Assistant United States Attorney
                               86 Chambers Street, 3rd Floor
                               New York, New York 10007
                               Tel:   (212) 637-2741
                               Fax:   (212) 637-2786
                               Email: danawalsh.kumar@usdoj.gov